NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RAYMOND MARSTON,                          )
                                         )
               Appellant,                )
                                         )
v.                                       )          Case No. 2D17-2827
                                         )
STATE OF FLORIDA,                        )
                                         )
               Appellee.                 )
_____ )

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; J. Rogers
Padgett, Senior Judge.

Raymond Marston, pro se.


PER CURIAM.


               Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.